No. 09-9850. Allan Parmalee, Petitioner v. Jeffrey Uttecht, Superintendent, Washington State Penitentiary.

559 U.S. 1112, 130 S. Ct. 2417, 176 L. Ed. 2d 933, 2010 U.S. LEXIS 3865.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 395.